U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 28 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES G. TERRY, et ux | CIVIL ACTION 07-1615 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| NATIONAL AMERICAN INSURANCE CO., INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #6**, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of December, 2007.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**